NEW YORK TOWERS, INC., Respondent, *v.* LILLIAN SLOANE, INC., Appellant.

Argued May 24, 1949; decided June 3, 1949.

*Arnold J. Brock* and *William P. Balaban* for appellant.

*Henry N. Rapaport* and *Stanley Kanarek* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.